IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

AMELIA LONGLEY,

      Appellant,

v.

                    Case No.  5D22-423
                    LT Case No. 2019-CA-000510

SECURITY FIRST INSURANCE COMPANY,

      Appellee.
_____/

Decision filed June 6, 2023

Appeal from the Circuit Court
for Hernando County,
Donald Scaglione, Judge.

Jeremy David Bailie, of Weber,
Crabb & Wein, P.A., St. Petersburg,
for Appellant.

Angela C. Flowers, and Aaron L.
Graubert, of Kubicki Draper, PA,
Ocala, for Appellee.


PER CURIAM.

      AFFIRMED.


EDWARDS, HARRIS and PRATT, JJ., concur.